IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

REGAL BELOIT AMERICA, INC.,

                ORDER

       Plaintiff,

                13-cv-133-bbc

  v.

POWER RIGHT INDUSTRIES, LLC., and
LLOYD'S EQUIPMENT CO., INC.,

       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

A hearing was held in this case on January 30, 2014, on the motion of plaintiff Regal Beloit America, Inc., for sanctions and entry of judgment under Rule 37(d) and the motions of Richard Bolton and James B. Barlow Coelho to withdraw as counsel for defendants Power Right Industries, LLC, and Lloyd's Equipment Co., Inc.  John Scheller and Joseph Bridges appeared for plaintiff; Richard Bolton and James R. Barlow Coelho appeared for defendants.

After hearing from counsel, I granted plaintiff's motion for entry of judgment in its favor, dkt. #48, as a sanction for defendants' total refusal to cooperate in discovery, as outlined in plaintiff's motion.  In addition, I granted the unopposed motions of Richard Bolton and James R. Barlow Coelho to withdraw as counsel for defendants.  Judgment will

1

be entered for plaintiff.

    Entered this 30th day of January, 2014.

                                           BY THE COURT:
                                           /s/
                                         BARBARA B. CRABB
                                         District Judge