IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

REGAL BELOIT AMERICA, INC.,

                                                     ORDER FOR
                                                 DEFAULT  JUDGMENT

                     Plaintiff,

                                                      13-cv-133-bbc

     v.

POWER RIGHT INDUSTRIES, LLC., and
LLOYD'S EQUIPMENT CO., INC.,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Pursuant to Fed. R. Civ. P. 37(d), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT judgment is entered in favor of plaintiff Regal Beloit America, Inc. and against defendants Power Right Industries, LLC and Lloyd's Equipment Co., Inc., jointly and severally, in the amount of $777,178.95, plus prejudgment interest at the rate of 5% from October 17, 2011 through the date of judgment, plus $381,847.14 in fees and costs, and post-judgment interest pursuant to 29 U.S.C. § 1961.

      Entered this 30th day of January, 2014.

                                                  BY THE COURT:
                                                  /s/
                                                  BARBARA B. CRABB
                                                  District Judge