IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| RBC MANUFACTURING CORPORATION, | |
| Plaintiff, | ORDER |
| | 13-cv-133-bbc |
| v. | |
| POWER RIGHT INDUSTRIES, LLC<br>and LLOYD'S EQUIPMENT CO., INC., | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On January 30, 2014, a default judgment was entered in this case in favor of plaintiff Regal Beloit America, Inc., and against defendants Power Right Industries, LLC and Lloyd's Equipment Co., Inc., in the total amount of $1,159,026.09.

Now plaintiff has filed a motion under 28 U.S.C. § 1963 for an order directing the clerk of court to execute a clerk's certification of judgment to be registered in another district. From my review of plaintiff's motion and supporting materials, I find that good cause exists to register the judgment to allow plaintiff to enforce the judgment in California.

ORDER

IT IS ORDERED that the Clerk of Court for the Western District of Wisconsin is directed to execute a clerk's certification of judgment to be registered in another district for

1

the judgment entered in this case on January 31, 2014.

Entered this 18th day of February, 2014.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge